UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 19, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                           )<br>           Plaintiff,                         )<br>v.                                                    )<br>                                                           )<br>RUSSELL EUGENE GILMORE,        )<br>                                                           )<br>           Defendant.                      ) | Case No. 2:13CR00300-GEB-2<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RUSSELL EUGENE GILMORE , Case No. 2:13CR00300-GEB-2 , Charge  21USC § 841(a)(1), 846 , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

        __  Release on Personal Recognizance

        __  Bail Posted in the Sum of $_____

                __  Unsecured Appearance Bond

                __  Appearance Bond with 10% Deposit

                __  Appearance Bond with Surety

                __  Corporate Surety Bail Bond

        ✔  (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  December 19, 2013  at  2:00 pm .

                                                                    By  /s/ Allison Claire/s/ Allison Claire
                                                                          Allison Claire
                                                                          United States Magistrate Judge

Copy 2 - Court