HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
SEAN RIORDAN, # 255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUSSELL EUGENE GILMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RUSSELL EUGENE GILMORE, et al.,<br><br>    Defendants. | Case No. 2:13-cr-300 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL AND MOST MOTION HEARING DATES**<br><br>Date:   December 1, 2015 (Trial); November 20, 2015 (Motion Hearings)<br>Time:   9:00 a.m.<br>Judge:  Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defenders Matthew C. Bockmon and Sean Riordan, attorneys for Russell E. Gilmore, and Michael Bigelow, attorney for Richard D. Hemsley, that (1) the trial set for December 1, 2015 be continued until April 12, 2016 and (2) that the motion hearings and deadlines be reset as described below.

1. Since October 21, 2015, the government has produced ten batches of additional discovery, consisting variously of voluminous documents and recordings. Additional time is warranted to allow the defendants to analyze this new discovery and determine whether it warrants additional investigation.

2. On October 30, 2015, the government provided expert notice to the defendants for the first time, and provided additional expert notice on November 10, 2015 and November 12, 2015.

Stipulation to Continue Trail Schedule
and Most Motion Hearing Dates

-1-

1  Additional time is warranted to allow the defendants to analyze this expert notice, determine
2  whether to retain rebuttal experts, and prepare any such experts.

3. On November 5, 2015, the government provided the defendants a copy of a new recorded statement made by co-defendant John Mahan to federal authorities on November 4, 2015. Mr. Mahan pleaded guilty to a superseding information on November 13, 2015 pursuant to a plea agreement. Additional time is warranted to allow the defendants to evaluate the impact of Mr. Mahan's statement on their defense strategy, if any, and engage in further investigation.

4. April 12, 2016 is the first future trial date that is convenient for the Court and for the parties. Several of the attorneys in this case have substantial trial and evidentiary hearing obligations in early 2016. Also, Mr. Bigelow will be travelling internationally for several weeks beginning in late February 2016 and continuing into mid-March 2016. The parties accordingly request April 12, 2016 as the new trial date.

5. Speedy trial time has previously been excluded until December 1, 2015 under 18 U.S.C. § 3161 (h)(7) (A) and (B) (iv) (Local Code T4). The parties stipulate to the further exclusion of time under 18 U.S.C. § 3161 (h)(7) (A) and (B) (iv) (Local Code T4) for defense preparation and continuity of defense counsel until April 12, 2016.

6. In light of the new proposed trial date, and except as provided below, the parties believe that the motions currently set to be heard on November 20, 2015 should instead be heard on January 8, 2016. The briefing schedule for the motions to be heard on January 8, 2016 should be as follows:

   a. Any reply briefs to the motions in limine should be filed on or before December 11, 2015. The current deadline of November 13, 2015 for those briefs should be vacated.

   b. The government's opposition to the defendants' additional motions (Docs. No. 110-112 and 114-116) should be filed on or before December 11, 2015. The current deadline of November 16, 2015 for that opposition should be vacated.

      c. Any reply briefs to the government's opposition to the defendants' additional motions should be filed on or before December 18, 2015.

7. The parties believe that Defendant Russel Eugene Gilmore's First Motion in Limine (Doc. No. 100) and Defendant Richard David Hemsley's Motion in Limine (Doc. No. 105), which concern the admissibility of their recorded statements, should be heard as currently scheduled on November 20, 2015, in light of the importance of those motions to the parties' respective trial strategies. The hearing on November 20 will not include an evidentiary hearing, though the Court may order such an evidentiary hearing to resolve contested issues of fact if necessary.

IT IS SO STIPULATED.

                                            Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

DATED: November 13, 2015        */s/ Matthew Bockmon*
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defendant

                                            */s/ Sean Riordan*
                                            Assistant Federal Defender

                                            Attorneys for Defendant
                                            Russell E. Gilmore

DATED: November 13, 2015        */s/ Michael Bigelow*
                                            MICHAEL BIGELOW
                                            Attorney for Defendant
                                            Richard D. Hemsley

DATED: November 13, 2015        BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Samuel Wong*
                                            SAMUEL WONG
                                            Assistant United States Attorney
                                            Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the trial continuance outweigh the best interests of the public and defendant in a speedy trial.  Under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) (A) and (B)(iv) (Local Code T4) time remains excluded for defense preparation and continuity of defense counsel until April 12, 2016.

It is further ordered that the motion hearings set for November 20, 2015 be vacated, and be set for January 8, 2016, with the exception of Defendant Russel Eugene Gilmore's First Motion in Limine (Doc. No. 100) and Defendant Richard David Hemsley's Motion in Limine (Doc. No. 105), for which legal arguments only shall be heard on November 20, 2015; in the event that the Court determines that an evidentiary hearing is necessary, the Court will set an evidentiary hearing for a future date that is convenient for the Court and the parties.  The briefing schedule for the motions to be heard on January 8, 2016 is as stipulated.

Dated:  November 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation to Continue Trail Schedule and Most Motion Hearing Dates       -4-