HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUSSELL EUGENE GILMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RUSSELL EUGENE GILMORE, et al.,<br><br>　　　　Defendants. | Case No. 2:13-cr-300 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE AND HEARING REGARDING MOTIONS TO EXCLUDE STATEMENTS, ECF NOS. 100 AND 105**<br><br>Judge: Honorable GARLAND E. BURRELL, JR. |

Defendant, Russell Eugene Gilmore, by and through his attorney, Assistant Federal Defender Matthew C. Bockmon, defendant, Richard D. Hemsley, by and through his attorney, Michael Bigelow, and plaintiff, United States of America, by and through its counsel, Assistant U.S. Attorneys Samuel Wong and Audrey Hemesath, hereby stipulate to set the briefing schedule regarding the Motions to Exclude Statements (ECF Nos. 100 and 105) as follows:

　　Simultaneous Briefs due:　　　　January 29, 2016

　　Replies due:　　　　　　　　　February 5, 2016

The parties further stipulate that the hearing shall be heard on February 19, 2016 at 9:00 a.m. before the Honorable Garland E. Burrell, Jr.

1  IT IS SO STIPULATED.

2

3

4

5                                                         Respectfully submitted,

6                                                         HEATHER E. WILLIAMS
                                                          Federal Defender
7
   DATED: January 13, 2016                                */s/ Matthew Bockmon*
8                                                         MATTHEW C. BOCKMON
                                                          Assistant Federal Defendant
9
                                                          */s/ Sean Riordan*
10                                                        Assistant Federal Defendant

11
                                                          Attorneys for Defendant
12                                                        Russell E. Gilmore

13

14 DATED: January 13, 2016                                */s/ Michael Bigelow*
                                                          MICHAEL BIGELOW
15
                                                          Attorney for Defendant
16                                                        Richard D. Hemsley

17

18 DATED: January 13, 2016                                BENJAMIN B. WAGNER
                                                          United States Attorney
19
                                                          */s/ Audrey Hemesath*
20                                                        AUDREY HEMESATH

21
                                                          */s/ Samuel Wong*
22                                                        SAMUEL WONG

23                                                        Assistant United States Attorneys
                                                          Attorney for Plaintiff
24

25

26

27

28

ORDER

IT IS SO ORDERED that the parties briefing schedule is adopted. Simultaneous briefs shall be filed no later than January 29, 2016 and replies shall be filed no later than February 5, 2016. The hearing is scheduled for February 19, 2016 at 9:00 a.m.

Dated: January 14, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge