1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   AUDREY HEMESATH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2772
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-300-GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR DEFENDANTS RUSSELL GILMORE'S AND RICHARD HEMSLEY'S MOTIONS TO EXCLUDE INTERVIEW STATEMENTS (ECF Nos. 100 and 105) |
| v. | |
| JOHN MAHAN, ET AL., | |
| Defendants. | Court: Hon. Garland E. Burrell |

Whereas, since January 21, 2016, Assistant United States Attorney Samuel Wong has been and is presently ill, and has been unavailable to work on the United States' supplemental brief currently due on January 29, 2016, in opposition to the respective motions filed by defendants Russell Gilmore and Richard Hemsley to exclude their interview statements given to law enforcement (ECF Nos. 100 and 105), and

Whereas, the parties desire to extend the briefing schedule to allow AUSA Wong additional time to work on the United States' supplemental brief.

It is hereby stipulated and agreed, by and between plaintiff United States of America, on the one hand, and defendants Gilmore and Hemsley, on the other hand, through their respective undersigned counsel that: (1) the parties' respective simultaneous supplemental briefs on defendants' motions to

STIPULATION & ORDER EXTENDING
BRIEFING SCHEDULE

1

exclude their interview statements shall be extended one week and due on February 5, 2016; (2) the parties' respective reply briefs shall be due on February 12, 2016; and (3) the hearing on the motions shall remain as set on February 19, 2016, at 9:00 a.m.

                              BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Samuel Wong and Audrey Hemesath*
                    By:  _____
                              SAMUEL WONG
                              AUDREY HEMESATH
                              Assistant United States Attorneys
                              Attorney for Plaintiff
                              United States of America

                              */s/ Matthew Bockmon*
                              (per email authorization)
                              _____
                              MATTHEW BOCKMON
                              Assistant Federal Defender
                              Attorney for Defendant
                              Russell Gilmore

                              */s/ Michael B. Bigelow*
                              (per telephone authorization)
                              _____
                              MICHAEL B. BIGELOW
                              Attorney for Defendant
                              Richard Hemsley

## ORDER

The Court, having received, read, and considered the stipulation of the parties to modify the supplemental briefing schedule on the respective motions filed by defendants Russell Gilmore and Richard Hemsley to exclude their interview statements given to law enforcement, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: January 28, 2016

STIPULATION & ORDER EXTENDING
BRIEFING SCHEDULE

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION & ORDER EXTENDING
BRIEFING SCHEDULE

3