BENJAMIN B. WAGNER
United States Attorney
SAMUEL WONG
GREGORY BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL EUGENE GILMORE, AND RICHARD DAVID HEMSLEY,<br><br>Defendants. | CASE NO. 2:13-CR-0300-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND INDICTMENT<br><br>DATE: April 12, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

The United States, on the one hand, and defendants RUSSELL EUGENE GILMORE, and RICHARD DAVID HEMSLEY on the other (collectively, "defendants"), hereby stipulate and propose to amend the September 5, 2013, indictment in this case as follows:

1. At page 2, line 2: to change "at least 100 marijuana plants" to "at least 50 marijuana plants"; and

2. At page 2, line 12: to change "at least 100 marijuana plants" to "at least 50 marijuana plants."

Defendants each expressly consent to this amendment, acknowledge that this amendment, if approved by the Court, will be beneficial to their position(s), and they each waive any argument or claim based on the timing, substance, or procedure of this amendment. Defendants likewise waive any right to be indicted by a grand jury in lieu of this amendment, which results in a charge to a lesser included offense, and further waive any argument that the amendment renders the indictment void, ineffective, or infirm in any manner.

The United States offers this amendment in the interest of justice and to avoid potential sentencing disparities with codefendant John Mahan, who had a leadership role and who previously pled guilty to a Superseding Information charging cultivation of at least 50 marijuana plants.  The net effect of this amendment of the indictment is to remove the five-year mandatory minimum sentence that would otherwise be imposed should defendants GILMORE and/or HEMSLEY be convicted of the offense in the indictment as presently constituted.  Thus, the amendment to the indictment, if approved, will be to defendants benefit.

RESPECTFULLY SUBMITTED,

Dated:  April 5, 2016                    BENJAMIN B. WAGNER
                                         United States Attorney

                                  By:    */s/ Samuel Wong*
                                         GREGORY BRODERICK
                                         SAMUEL WONG
                                         Assistant United States Attorneys


                                         LAW OFFICE OF MICHAEL BIGELOW

                                  By:    */s/ Michael Bigelow* (authorized 04/05/2016)
                                         MICHAEL BIGELOW
                                         Attorney for Defendant Richard Hemsley


                                         HEATHER E. WILLIAMS
                                         Federal Defender

                                  By:    */s/ Matthew Bockmon* (authorized 04/05/2016)
                                         MATTHEW C. BOCKMON
                                         SEAN RIORDAN
                                         Attorneys for Defendant Russell Gilmore

1 **IT IS SO ORDERED**.

2 Dated: April 6, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge