UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOHN HOLLISTER MAHAN,<br>RUSSELL EUGENE GILMORE, and<br>RICHARD DAVID HEMSLEY,<br><br>             Defendants. | No. 2:13-cr-00300-GEB<br><br>**ORDER DENYING DEFENDANT GILMORE'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR *BRADY* DISCOVERY AND CONTINUATION OF TRIAL** |

On April 1, 2016, Defendant Russell Gilmore filed a motion seeking "dismiss[al of] the Indictment based on outrageous governmental conduct and a Brady violation or, in the alternative[,] for Brady discovery and a continuation of trial." (Def.'s Mot. to Dismiss ("Mot.") 1:20-22, ECF No. 184.) Specifically, Defendant argues the government violated its discovery obligations by failing to give Defendant evidence concerning Defendant's scrap metal activities, "or . . . other exculpatory evidence[.]" (Mot. 4:08-10.)

The government filed an opposition to Defendant's motion, arguing: "(1) the United States did not possess the information that Gilmore claims the prosecution withheld . . . .; and (2) the information that Gilmore claims the United States withheld was readily available to him from other sources . . . ." (Gov't Opp'n 1:25-28, ECF No. 188.)

1

1    Defendant filed a reply to the government's opposition,

2  in which he states: "While Defendant has no further reason to

3  question the government's representation that it did not possess

4  the information that is the subject of this motion, Defendant

5  remains concerned that the government has not sought to determine

6  whether other Brady information may exist." (Def.'s Reply in

7  Support of Mot. to Dismiss ("Reply") 1:20-23, ECF No. 198.)

8    Defendant provides no justification for the referenced

9  "concern" and his reply to the government's opposition evinces

10 that Defendant's motion to dismiss lacks merit. Therefore, the

11 motion is denied.

12 Dated:  April 7, 2016

13

14

15    GARLAND E. BURRELL, JR.
      Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2