UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN HOLLISTER MAHAN,<br>RUSSELL EUGENE GILMORE, and<br>RICHARD DAVID HEMSLEY,<br><br>　　　　Defendants. | No. 2:13-cr-00300-GEB-2<br><br>**ORDER DENYING DEFENDANT GILMORE'S REQUEST FOR ADDITIONAL PREEMPTORY CHALLENGES** |

　　　　On October 30, 2015, defendant Russell Gilmore filed a motion requesting that each co-defendant be allowed "10 preemptory challenges to be exercised separately." (Def. Mot. 2:04-05, ECF No. 104.)

　　　　However, Defendant has not shown that more than the prescribed preemptory challenges in the applicable rule should be authorized.  Therefore, the motion is denied.

Dated: April 8, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

1