UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-cr-00300-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| RUSSELL EUGENE GILMORE, and RICHARD DAVID HEMSLEY, | |
| Defendants. | |

On April 11, 2016, the United States emailed chambers information it desire to be considered under United States v. Cadet, 727 F.2d 1453, 1467-68 (9th Cir. 1984), and United States v. Henthorn, 931 F.2d 29 (9th Cir. 1991), for an *in camera* review and a secret decision. However, the United States has not complied with the applicable local rule concerning the *in camera* proceeding it seeks to invoke. Therefore, the United States' April 11, 2016 emailed information is treated as having been returned to the United States under the rationale of Local Rule 141(e)(1), which prescribes: "If a [sealing r]equest is denied in full or in part, the Clerk will return to the submitting party the documents for which sealing has been denied." See also United States v. Baez-Alcaino, 718 F. Supp. 1503, 1507 (M.D. Fla. 1989) (indicating that when a judge denies a sealing request, the party

1

submitting the request then decides how to proceed in light of the ruling).

Dated: April 11, 2016

*[signature]*
GARLAND E. BURRELL, JR.
Senior United States District Judge