HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUSSELL EUGENE GILMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RUSSELL EUGENE GILMORE, et al.,<br><br>    Defendants. | Case No. 2:13-cr-300 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL TO MARCH 21, 2017<br><br>Date: October 18, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defenders Sean Riordan and Matthew C. Bockmon, attorneys for Russell E. Gilmore, and Richard D. Hemsley, *in pro per*, that the Trial Confirmation Hearing scheduled for September 16, 2016 and the Trial scheduled for October 18, 2016 be vacated and continued to January 27, 2017 and March 21, 2017, respectively, at 9:00 a.m.

   For the reasons stated below, defense counsel require additional time up until the proposed March 21, 2017, trial date for defense preparation and continuity of counsel.  Defense counsel need to complete additional pre-trial investigation, including time-consuming out-of-state investigation.  The defense teams also need time to evaluate the effect of the Ninth Circuit's decision in *United States v. McIntosh*, Case No. 15-10117 (9th Cir., Opinion Aug. 16, 2016) and related cases, on their respective positions. Moreover, Matthew C. Bockmon, counsel for

Stipulation to Continue Trial        -1-

1  GILMORE is scheduled for a medical procedure and is uncertain of his return prior to September
2  16 and October 18, 2016.
3      Based upon the foregoing, the parties agree time under the Speedy Trial Act should be
4  excluded from this order's date through and including March 21, 2017,  pursuant to 18 U.S.C.
5  §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare and continuity of counsel] and General
6  Order 479, Local Code T4 based upon continuity of counsel and defense preparation.
7  IT IS SO STIPULATED.

                                  HEATHER E. WILLIAMS
                                  Federal Defender

DATED: August 18, 2016          /s/ Sean Riordan
                                  SEAN RIORDAN
                                  Assistant Federal Defender

                                  /s/ Matthew Bockmon
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defendant

                                  Attorneys for Defendant
                                  Russell E. Gilmore

DATED: August 18, 2016          /s/ Richard D. Hemsley
                                  RICHARD D. HEMSLEY
                                  *In Pro Per*

DATED: August 18, 2016          PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  /s/ Samuel Wong
                                  SAMUEL WONG
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 21, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare and continuity of defense counsel] and General Order 479, (Local Code T4). **It is further ordered** that the September 16, 2016 Trial Confirmation Hearing shall be continued to January 27, 2017 at 9:00 a.m. and the October 18, 2016 Trial shall be continued until March 21, 2017, at 9:00 a.m.

Dated: August 23, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge