PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
GREGORY BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0300-GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION and [PROPOSED] ORDER CONTINUING TRIAL CONFIRMATION HEARING** |
| RUSSELL EUGENE GILMORE, AND RICHARD DAVID HEMSLEY, | DATE: May 5, 2017 |
| Defendants. | TIME: 9:00 a.m. |
| | COURT: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Gregory T. Broderick, Assistant United States Attorney, attorney for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defenders Sean Riordan and Matthew C. Bockmon, attorneys for Russell E. Gilmore, that the Trial Confirmation Hearing scheduled for May 5, 2017 be continued to May 12, 2017 at 9:00 a.m. Defendant Richard Hemsley is not a party to this stipulation as he is currently a fugitive with an outstanding warrant issued by Magistrate Judge Delaney on April 5, 2017. *See* Dkt. Nos. 298-300. The United States e-mailed Mr. Hemlsey on May 2, 2017, in an attempt to ascertain his position. He responded by email as follows: "I can make the adjustment to my calendar."

The continuance is appropriate because both the United States and the defense need time to evaluate the effect of defendants' recent appeal to the Ninth Circuit from this Court's order denying the defense's request for a preliminary injunction based on the Ninth Circuit's decision in *United States v. McIntosh*, 833 F.3d 1163 (9th Cir. 2016). (Dkt. No. 290).

STIP. RE CONTINUE MAY 2017 TCH      1

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 12, 2017, pursuant to 18 U.S.C. §3161(h)(1)(C) [delay resulting from interlocutory appeals], Local Code D, as well as 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare and continuity of counsel] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 2, 2017

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: */s/ Gregory Broderick*
GREGORY BRODERICK
SAMUEL WONG
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

By: */s/ Sean Riordan* (authorized May 2, 2017)
MATTHEW BOCKMAN
SEAN RIORDAN
Attorneys for Defendant Russell Gilmore

The Court having received, read, and considered the stipulation between the United States of America and defendant Russell Gilmore, and good cause appearing therefrom, adopts the stipulation in its entirety as its Order.

**IT IS SO ORDERED**.

Dated: May 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIP. RE CONTINUE MAY 2017 TCH

3