| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | SEAN RIORDAN, #255752 |
| | MATTHEW C. BOCKMON, #161566 |
| 3 | Assistant Federal Defender |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorneys for Defendant |
| 6 | RUSSELL EUGENE GILMORE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-300 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO TERMINATE RUSSELL E.** |
| v. | ) | **GILMORE'S PRE-TRIAL SUPERVISION** |
| | ) | |
| RUSSELL EUGENE GILMORE, | ) | Hon. Allison Claire |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defenders Sean Riordan and Matthew C. Bockmon, attorneys for Russell E. Gilmore, that Mr. Gilmore's pre-trial supervision should be terminated and that he should remain out of custody on the presently set $50,000 unsecured appearance bond. As a condition of his pretrial release, Mr. Gilmore shall comply with all federal, state, and local laws, and make all future court appearances.

On December 19, 2013, the Court ordered Mr. Gilmore released on conditions of pre-trial supervision and a $50,000 unsecured appearance bond. (Doc. Nos. 10 and 11.) Mr. Gilmore has remained on pre-trial supervision since that time without incident, including appearing for all hearings and a 2016 trial that resulted in a mistrial. Mr. Gilmore now has an interlocutory appeal pending before the Ninth Circuit. His next status hearing in this Court is scheduled for September 1, 2017.

Mr. Gilmore's pre-trial services officer, Mike Evans, has indicated to the parties that if this matter were set for a bail review hearing, he would recommend that Mr. Gilmore's pre-trial supervision be terminated but that condition number six of Mr. Gilmore's conditions of pre-trial release, pertaining to his passport, remain in effect.  Accordingly, the parties stipulate that Mr. Gilmore's pre-trial supervision should be terminated, he be ordered released on the presently set $50,000 unsecured appearance bond, and that condition number six should remain in effect.

                                              HEATHER E. WILLIAMS
                                              Federal Defender

DATED: June 28, 2017                    /*s/ Sean Riordan*/
                                              SEAN RIORDAN
                                              Assistant Federal Defender

                                              /*s/ Matthew Bockmon*/
                                              MATTHEW C. BOCKMON
                                              Assistant Federal Defendant

                                              Attorneys for Defendant
                                              Russell E. Gilmore

DATED: June 28, 2017                    PHILLIP A. TALBERT
                                              United States Attorney

                                              /*s/ Samuel Wong*/
                                              SAMUEL WONG
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, that Russell E. Gilmore's pre-trial supervision be terminated, he be ordered released on the presently set $50,000 unsecured appearance bond, and that condition number six of his conditions of pre-trial release, concerning his passport, shall remain in effect. As a condition of his pretrial release, Mr. Gilmore shall comply with all federal, state, and local laws, and make all future court appearances.

Dated: June 29, 2017

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE