PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
GREGORY BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0300-GEB |
|---|---|
| Plaintiff, | **CORRECTED STIPULATION and [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| RUSSELL EUGENE GILMORE, AND RICHARD DAVID HEMSLEY, | DATE: September 1, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Gregory T. Broderick, Assistant United States Attorney, attorney for Plaintiff, on the one hand, and Heather E. Williams, Federal Defender, through Assistant Federal Defenders Sean Riordan and Matthew C. Bockmon, attorneys for Russell E. Gilmore, as well as David Fischer, attorney for defendant Richard D. Hemsley, on the other hand, that the status conference scheduled for September 1, 2017, be continued to October 20, 2017, at 9:00 a.m.

The continuance is appropriate because counsel for defendants are unavailable on the current September 1, 2017 date. In addition, counsel for Mr. Hemsley, who was previously representing himself *in pro per*, has recently been appointed and requires time for preparation. Time is currently excluded under the Speedy Trial Act based on defendants' appeal to the Ninth Circuit from this Court's order denying the defense's request for a preliminary injunction based on the Ninth Circuit's decision in *United States v. McIntosh*, 833 F.3d 1163 (9th Cir. 2016). (Dkt. No. 290). Mr. Gilmore is currently out of custody and his pretrial supervision has been terminated. (Dkt. No. 331). Mr. Hemsley is currently

in custody. (Dkt. No. 338).

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 20, 2017, pursuant to 18 U.S.C. §3161(h)(1)(C) [delay resulting from interlocutory appeals], Local Code D, as well as 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare and continuity of counsel] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 29, 2017

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: */s/ Gregory Broderick*
GREGORY BRODERICK
SAMUEL WONG
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

By: */s/ Sean Riordan* (authorized August 28, 2017)
MATTHEW BOCKMAN
SEAN RIORDAN
Attorneys for Defendant Russell Gilmore

By: */s/ David D. Fischer* (authorized August 28, 2017)
DAVID D. FISCHER
Attorney for Defendant Richard D. Hemsley

The Court having received, read, and considered the stipulation between the United States of America and defendant Russell Gilmore, and good cause appearing therefrom, adopts the stipulation in its entirety as its Order.

**IT IS SO ORDERED**.

**Dated:  August 30, 2017**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Corrected Stip. to continue September 1, 2017, Status Conf.

3