DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
RICHARD HEMSLEY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-CR-00300 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | CONTINUING STATUS CONFERENCE |
| v. | ) | |
| | ) | Date: December 15, 2017 |
| RICHARD HEMSLEY | ) | Time: 9:00 a.m. |
| RUSSELL GILMORE, | ) | Court: Hon. Garland E. Burrell, Jr. |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

_____

## STIPULATION

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Samuel Wong and Gregory T. Broderick, Assistant United States Attorneys, attorney for Plaintiff, on the one hand, and Heather E. Williams, Federal Defender, through Assistant Federal Defenders Sean Riordan and Matthew C. Bockmon, attorneys for defendant Russell E. Gilmore, as well as David Fischer, attorney for defendant Richard D. Hemsley, on the other hand, that the status conference scheduled for December 15, 2017, at 9:00 a.m. be continued to January 19, 2018, at 9:00 a.m.

The defendants' appeal is currently pending in the Ninth Circuit. Time is currently excluded under the Speedy Trial Act based on defendants' appeal to the Ninth Circuit from this

Court's order denying both defendants' request for a preliminary injunction based on the Ninth Circuit's decision in *United States v. McIntosh*, 833 F.3d 1163 (9th Cir. 2016). (Dkt. No. 290). Mr. Gilmore is currently out of custody and his pretrial supervision has been terminated. (Dkt. No. 331). Mr. Hemsley is currently in custody. (Dkt. No. 338).

Based upon the foregoing, the parties agree that the Court should find and order: (1) the failure to grant the requested continuance would deny counsel for defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) in computing time under the Speedy Trial Act within which the trial of this matter must be commenced, time should be excluded from the date of this stipulation, December 11, 2017, through and including the January 19, 2018, hearing date pursuant to 18 U.S.C. §3161(h)(1)(C) [delay resulting from interlocutory appeals], Local Code D, as well as 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon and defense preparation; and (3) the ends of justice served by taking such action in granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: December 11, 2017   Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney
By: */s/ Gregory Broderick* (authorized December 11, 2017)
GREGORY BRODERICK
SAMUEL WONG
Assistant United States Attorneys


HEATHER E. WILLIAMS
Federal Defender
By: */s/ Sean Riordan* (authorized December 11, 2017)
MATTHEW BOCKMAN
SEAN RIORDAN
Attorneys for Defendant Russell Gilmore



By: */s/ David D. Fischer*   
DAVID D. FISCHER
Attorney for Defendant Richard D. Hemsley

The Court having received, read, and considered the stipulation between the United States of America and defendant Russell Gilmore, and defendant Richard Hemsley, and good cause appearing therefrom, adopts the stipulation and proposed findings in their entirety as its Order.

**IT IS SO ORDERED**.

Dated: December 12, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge