McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
GREGORY BRODERICK
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MAHAN, ET AL.,<br><br>Defendants. | CASE NO. 2:13-CR-300-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**<br><br>Date: January 19, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell Jr. |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the United States, on the one hand, and defendants Russell E. Gilmore and Richard D. Hemsley, on the other hand, that the status conference scheduled for January 19, 2018, at 9:00 a.m. be continued to April 6, 2018, at 9:00 a.m.

The defendants' interlocutory appeal from this Court's order denying both defendants' request for a preliminary injunction is currently pending in the Ninth Circuit. The Ninth Circuit recently set oral argument on the pending appeal for March 16, 2018, in San Francisco. It appears that scheduling any further matters in this Court at this time would be impractical.

Mr. Gilmore is currently out of custody and his pretrial supervision has been terminated. (Dkt. No. 331). Mr. Hemsley is currently in custody.

Time is currently excluded under the Speedy Trial Act under 18 U.S.C. §3161(h)(1)(C) based on defendants' interlocutory appeal. *See, e.g.*, *United States v. Pete*, 525 F.3d 844, 852 (9th Cir. 2008) (all time for interlocutory appeals excluded); *see also United States v. Tinklenberg*, 563 U.S. 647, 660 (2011) (citing *Pete* with approval). In addition, the parties agree that the Court should find and order:

Stip. To Continue Status Conference 1

(1) the failure to grant the requested continuance would deny counsel for defendants reasonable time necessary for effective preparation, taking into account the exercise of due diligence; (2) in computing time under the Speedy Trial Act within which the trial of this matter must be commenced, time should continue to be excluded from the date of this stipulation, January 17, 2018, through and including the April 6, 2018, hearing date pursuant to 18 U.S.C. §3161(h)(1)(C) [delay resulting from interlocutory appeals], Local Code D, as well as 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon and defense preparation; and (3) the ends of justice served by taking such action in granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: January 17, 2018     Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: */s/ Gregory Broderick*
GREGORY BRODERICK
SAMUEL WONG
Assistant United States Attorneys

HEATHER E. WILLIAMS
Federal Defender
By: */s/ Sean Riordan* (authorized January 17, 2018)
MATTHEW BOCKMAN
SEAN RIORDAN
Attorneys for Defendant Russell Gilmore

By: */s/ David D. Fischer* (authorized January 17, 2018)
DAVID D. FISCHER
Attorney for Defendant Richard D. Hemsley

**ORDER**

The Court having received, read, and considered the stipulation between the United States, defendant Russell Gilmore, and defendant Richard Hemsley, and good cause appearing therefrom, adopts the stipulation and proposed findings in their entirety as its Order.

**IT IS SO ORDERED**.

Dated: January 19, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge