HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUSSELL EUGENE GILMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>RUSSELL EUGENE GILMORE, et al.,<br><br>   Defendants. | Case No. 2:13-cr-300 GEB<br><br>**STIPULATION AND ORDER ADVANCING HEARING ON RUSSELL EUGENE GILMORE'S MOTION TO SEVER (ECF Doc. No. 408)**<br><br>Date:   July 13, 2018<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, U.S. Attorney, through Assistant United States Attorney Gregory Broderick, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Sean Riordan, attorney for Russell E. Gilmore, that the hearing on Mr. Gilmore's motion to sever (ECF Doc. No. 408), currently set for July 13, 2018, be advanced to July 6, 2013. The parties further stipulate that the existing briefing schedule on that motion remain unchanged.

The reason for this stipulation is that defense counsel Sean Riordan will be leaving the Office of the Federal Defender during the week of July 9, 2018 and defense counsel Matt Bockmon, who the Office of the Federal Defender expected to cover the hearing on July 13 is now unavailable and out of the office for an undetermined amount of time.

Speedy trial time has previously been excluded through July 13, 2018 pursuant to 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4).

//

Stipulation to Advance Hearing                    -1-

| | |
|---|---|
| IT IS SO STIPULATED. | |
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: June _8_, 2018 | */s/ Sean Riordan*<br>SEAN RIORDAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Russell E. Gilmore |
| DATED: June _8_, 2018 | McGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ Gregory Broderick*<br>GREGORY BRODERICK<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

The Court, having received, read, and considered the stipulation of the parties, adopts that stipulation as its order.

Dated: June 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge