| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | RUSSELL EUGENE GILMORE |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-300 GEB |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING ON DEFENDANT RUSSELL EUGENE GILMORE'S MOTIONS** |
| v. | ) | |
| RUSSELL EUGENE GILMORE, | ) | Date: January 18, 2019 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between plaintiff, represented by Assistant United States. Attorney Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Russell E. Gilmore, that the hearing on Mr. Gilmore's motions (ECF Docs. 451 & 453) currently set for January 18, 2019, may be continued to February 22, 2019, at 9:00 a.m. The government has asked for additional time to respond to the motions. The parties therefore agree that the government shall file its response on or before February 1, 2019 with an optional reply brief due February 15, 2019.

/ / / / /

/ / / / /

/ / / / /

Stipulation to Continue Hearing -1-

Speedy trial time has previously been excluded through the scheduled trial date of June 25, 2019, pursuant to 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4). Doc. 447.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: January 11, 2019      */s/ Matthew C. Bockmon*
MATTHEW BOCKMON
Assistant Federal Defendant
Attorney for RUSSELL E. GILMORE

McGREGOR W. SCOTT
United States Attorney

DATED: January 11, 2019      */s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

The above schedule is adopted and hearing on the pending motions is continued to February 22, 2019, at 9:00 a.m.

Dated: January 15, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge