| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | SAMUEL WONG<br>AUDREY HEMESATH |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2772 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MAHAN, ET AL.,<br><br>Defendants. | CASE NO. 2:13-CR-300-GEB<br><br>STIPULATION AND ORDER CONTINUING HEARING AND EXTENDING BRIEFING SCHEDULE ON DEFENDANT RUSSELL GILMORE'S RENEWED MOTION TO EXCLUDE CELLPHONE EVIDENCE (ECF No. 452)<br><br>Court: Hon. Garland E. Burrell |

It is hereby stipulated by and between plaintiff United States of America and defendant Russell Gilmore, through their respective counsel, that the presently set hearing date of February 22, 2019, on Gilmore's renewed motion to exclude cellphone evidence (ECF No. 452) shall, with the Court's approval, be continued to April 12, 2019, at 9:00 a.m.;

It is further stipulated between the parties that the due date for the United States' response to Gilmore's motion shall be extended from February 1, 2019, to March 22, 2019, and Gilmore's response, if any, from February 15, 2019, to April 5, 2019.

///

///

///

STIPULATION & ORDER CONTINUING MOTIONS
HEARING DATE AND BRIEFING SCHEDULE

1

The reason for the requested continuance and extensions are the parties are engaged in settlement discussions on this case and believe that the requested change in scheduling will facilitate the settlement discussions.

MCGREGOR W. SCOTT
United States Attorney

Dated: February 1, 2019

By: */s/ Samuel Wong*

SAMUEL WONG
Assistant United States Attorney
Attorney for Plaintiff
United States of America

Dated: February 1, 2019

*/s/ Matthew Bockmon*
(Per phone authorization from Lisa Kennison)

MATTHEW BOCKMON
Assistant Federal Defender
Attorney for Defendant
Russell Gilmore

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the parties' stipulation as its ORDER in its entirety.

Accordingly, it is ORDERED that:

1. The presently set hearing date of February 22, 2019, on Gilmore's motion to exclude cellphone evidence (ECF No. 452) shall be continued to April 12, 2019, at 9:00 a.m.;

2. The due date for the United States' response to Gilmore's motion shall be extended from February 1, 2019, to and including March 22, 2019, and Gilmore's response, if any, from February 15, 2019, to April 5, 2019.

IT IS SO ORDERED.

Dated: February 4, 2019

STIPULATION & ORDER CONTINUING MOTIONS
HEARING DATE AND BRIEFING SCHEDULE

GARLAND E. BURRELL, JR.
Senior United States District Judge