| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | SAMUEL WONG<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2772 |
| 5 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN MAHAN, ET AL.,<br><br>Defendants. | CASE NO. 2:13-CR-300-GEB<br><br>STIPULATION AND ORDER CONTINUING HEARING AND EXTENDING BRIEFING SCHEDULE ON DEFENDANT RUSSELL GILMORE'S RENEWED MOTIONS IN LIMINE, INCLUDING MOTIONS TO EXCLUDE CELLPHONE EVIDENCE (ECF No. 452) AND RULE 404(b) EVIDENCE (ECF No. 453)<br><br>Court: Hon. Garland E. Burrell |

It is hereby stipulated by and between plaintiff United States of America and defendant Russell Gilmore, through their respective counsel, that the presently set hearing date of April 12, 2019, on Gilmore's renewed motions to exclude cellphone evidence (ECF No. 452) and Rule 404(b) evidence (ECF No. 453) shall, with the Court's approval, be continued to May 3, 2019, at 9:00 a.m. Courtroom Deputy Shani Furstenau has confirmed that the Court is available on May 3, 2019.

It is further stipulated between the parties that the due date for the United States' response to Gilmore's motion to exclude Rule 404(b) evidence (ECF No. 453) shall be extended from March 22, 2019, to April 5, 2019, and Gilmore's response, if any, from April 5, 2019, to April 19, 2019. The United States has previously filed a non-opposition to Gilmore's renewed motion to exclude cellphone evidence.

STIPULATION & ORDER CONTINUING MOTIONS
HEARING DATE AND BRIEFING SCHEDULE

1

The reason for the requested continuance and extensions is to provide the United States additional time to respond to Gilmore's motion to exclude Rule 404(b) evidence (ECF No. 453).

MCGREGOR W. SCOTT
United States Attorney

Dated: April 1, 2019     By: /s/ Samuel Wong
_____
SAMUEL WONG
Assistant United States Attorney
Attorney for plaintiff United States of America

Dated: April 1, 2019     /s/ Matthew Bockmon
_____
MATTHEW BOCKMON
Assistant Federal Defender
Attorney for defendant Russell Gilmore

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the parties' stipulation as its ORDER in its entirety.

Accordingly, it is ORDERED that:

1. The presently set hearing date of April 12, 2019, on defendant Russell Gilmore's motions to exclude cellphone evidence (ECF No. 452) and Rule 404(b) evidence (ECF No. 453) shall be continued to May 3, 2019, at 9:00 a.m.; and

2. The due date for the United States' response to Gilmore's motion to exclude Rule 404(b) evidence (ECF No. 453) shall be extended from March 22, 2019, to and including April 5, 2019, and Gilmore's response, if any, from April 5, 2019, to April 19, 2019.

IT IS SO ORDERED.

Dated: April 4, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge