HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUSSELL EUGENE GILMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-300 GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **TO MODIFY BRIEFING SCHEDULE FOR** |
| v. ) | **MOTIONS IN LIMINE** |
| ) | |
| RUSSELL EUGENE GILMORE, ) | Date:    April 19, 2019 |
| ) | Time:   9:00 a.m. |
| Defendant. ) | |
| ————————————————— ) | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America, represented by Assistant United States. Attorney Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Russell E. Gilmore, that:

    1. The due date for the United States' response to Mr. Gilmore's renewed motions (ECF Doc 451) shall be April 22, 2019, and Mr. Gilmore's reply shall be due on April 29, 2019; and

    2. The due date for Mr. Gilmore's reply to the United States' response to his motion to exclude Rule 404(b) evidence (ECF Doc & 453) currently set for April 19, 2019, may be re-set to April 26, 2019.

3. The previously set motions hearing date of May 3, 2019, at 9:00 a.m. remains the same.

The reason for the modification in the briefing schedule is to provide the parties additional time to respond to and/or reply in support of the motions.

Speedy trial time has previously been excluded through the scheduled trial date of June 25, 2019, pursuant to 18 U.S.C. § 3161 (h)(7)(B) (iv) (Local Code T4). Doc. 447.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: April 19, 2019                    */s/ Matthew C. Bockmon*
                                          MATTHEW BOCKMON
                                          Assistant Federal Defendant
                                          Attorney for RUSSELL E. GILMORE

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATED: April 19, 2019                    */s/ Samuel Wong*
                                          SAMUEL WONG
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

## ORDER

The Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, the Court adopts the stipulation in its entirety as its Order.

Dated: April 23, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge