| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | TIMOTHY ZINDEL, #158377 |
| 3 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 4 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 5 | Telephone: (916) 498-5700 |
| 6 | Attorney for Defendant |
| | RUSSELL GILMORE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-300 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE MOTION HEARING AND |
| v. | ) | TRIAL CONFIRMATION HEARING TO MAY |
| | ) | 17, 2019 |
| RUSSELL GILMORE, | ) | |
| | ) | Date: May 10, 2019 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated by and between plaintiff United States of America and defendant Russell Gilmore, through their respective counsel, that the presently set hearing date of May 10, 2019, on Gilmore's renewed motion to exclude evidence under Rule 404(b) (ECF No. 453) shall be continued to May 17, 2019, at 9:00 a.m.

It is further stipulated between the parties that the trial confirmation hearing for May 10, 2019 be continued until May 17, 2019 at 9:00 a.m.

The reason for the requested continuance is to allow defense counsel additional time to meet and confer with the defendant.

/ / /

/ / /

-1-

| | |
|---|---|
| DATED: May 10, 2019 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender |
| | */s/ Timothy Zindel*<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorneys for RUSSELL GILMORE |
| DATED: May 10, 2019 | McGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Samuel Wong*<br>SAMUEL WONG<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED that the motion hearing and trial confirmation hearing are continued to May 17, 2019 at 9:00 a.m.

Dated: May 10, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge