McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL EUGENE GILMORE,<br><br>Defendant. | CASE NO. 2:13-CR-0300-GEB<br><br>UNITED STATES' MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANT RUSSELL EUGENE GILMORE; [PROPOSED] ORDER |

The United States of America, by and through its counsel of record, hereby moves for an order dismissing the pending Indictment against defendant RUSSELL EUGENE GILMORE pursuant to Federal Rule of Criminal Procedure 48(a). The United States believes that the interests of justice support dismissal of the Indictment against defendant GILMORE without prejudice.

Dated: May 29, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, IT IS HEREBY ORDERED that the pending Indictment in case number 2:13-CR-0300-GEB against defendant RUSSELL EUGENE GILMORE is hereby DISMISSED without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

Dated: May 30, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge